IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81536-CIV-COHN-SELTZER

FDIC as Receiver for Ameribank, Inc.,

    Plaintiff,

v.

BRISTOL HOME MORTGAGE LENDING,
LLC., a Florida Limited Liability Company,
And HARVEY KOPELOWITZ,

    Defendants,
_____
BRISTOL HOME MORTGAGE LENDING,
LLC., a Florida Limited Liability Company,
And HARVEY KOPELOWITZ,

    Counter-Plaintiffs,

v.

FDIC as Receiver for Ameribank, Inc.,

    Counter-Defendant
_____

**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**
**AND SUBSTITUTION OF PLAINTIFF'S COUNSEL**

Plaintiff, FDIC and Receiver for Ameribank, Inc. ("FDIC"), hereby moves for substitution of LNV Corporation ("LNV"), as Party Plaintiff in this action, as purchaser from FDIC as Receiver.

    1.    Plaintiff FDIC has conveyed and assigned its interest in the subject of this action to LNV.

    2.    Therefore, LNV should be substituted in this action as Plaintiff in place of FDIC, and in the Style of this action.

3. Undersigned counsel for LNV and for FDIC hereby jointly move for substitution of undersigned counsel for LNV, in place undersigned counsel for FDIC, as counsel for Plaintiff in this action.

4. Ruden, McClosky, Smith, Schuster & Russell, P.A. and Terrence Russell, Esq., and John R. Keller, Esq. hereby file their notice of appearance as counsel for Plaintiff LNV in this action, and request that all further communications and service of papers to the Plaintiff be directed to them.

5. Undersigned counsel for LNV and for FDIC request entry of the proposed Order approving substitution of party Plaintiff and substitution of Plaintiff's counsel, attached hereto as Exhibit "A.".

WHEREFORE, LNV and FDIC and their counsel jointly request entry of an order substituting LNV for FDIC as party Plaintiff in this action and in its style, and for substitution of counsel for Plaintiff.

**Certificate in Compliance with S.D.Fl. L.R. 7.1(A)(3)**

Pursuant to S.D.Fla.L.R. 7.1(A)(3), I hereby certify that counsel for substituted Plaintiff LNV has made a good faith effort by telephone conversations and by email correspondence with counsel for Defendants to obtain agreement on the issues of this Motion but has been unable to obtain such agreement.

> Respectfully Submitted,
>
> s/ John R. Keller
> Terrence Russell, Esq.,
> (Florida Bar No. 165334)
> Terrence.russell@ruden.com
> John R. Keller, Esq.
> (Florida Bar No. 796890)
> john.keller@ruden.com
> RUDEN, McCLOSKY, SMITH,

RM:6580236:1

2

        SCHUSTER & RUSSELL, P.A.
        200 East Broward Boulevard
        Suite 1500
        Post Office Box 1900
        Fort Lauderdale, Florida  33302
        (954) 527-2466; (954) 527-2480
        Fax: (954) 333-4066; (954) 333-4080
        Attorneys for Plaintiff LNV

        Ryan S. Copple, Esq.
        Ward, Damon, Posner,
        Pheterson, & Bleau, PL
        Attorney for Plaintiff
        4420 Beacon Circle, Suite 100
        West Palm Beach, FL 33407
        Tel: 561-842-3000
        Fax: 561-842-3626
        Email: rcopple@warddamon.com
        Counsel for FDIC as Receiver of Ameribank, W.V.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 30th day of June, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive.

        s/ John R. Keller_____

RM:6580236:1

3

**SERVICE LIST**

Brian R. Kopelowitz, Esq.
Jonathan Streisfeld, Esq.
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, FL 33301
Phone: 954-525-4100
Fax: 954-525-4300
Email: kopelowitz@tkolaw.com
Email: streisfeld@tkolaw.com
Attorneys for Defendant

RM:6580236:1

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81536-CIV-COHN-SELTZER

FDIC as Receiver for Ameribank, Inc.,

    Plaintiff,

v.

BRISTOL HOME MORTGAGE LENDING,
LLC., a Florida Limited Liability Company,
And HARVEY KOPELOWITZ,

    Defendants,
_____

BRISTOL HOME MORTGAGE LENDING,
LLC., a Florida Limited Liability Company,
And HARVEY KOPELOWITZ,

    Counter-Plaintiffs,

v.

FDIC as Receiver for Ameribank, Inc.,

    Counter-Defendant
_____

### ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF AND SUBSTITUTION OF PLAINTIFF'S COUNSEL

This cause came before the Court on motion of Plaintiff, FDIC and Receiver for Ameribank, Inc. ("FDIC") , for substitution of LNV Corporation ("LNV"), as Party Plaintiff in this action, and for substitution of counsel for Plaintiff, and the Court, being fully advised in the premises, it is hereby Ordered as follows:

    1.    LNV Corporation ("LNV") is hereby substituted as party Plaintiff in place of FDIC as Receiver for Ameribank, Inc.

RM:6580236:1

2. Ruden, McClosky, Smith, Schuster & Russell, P.A. and Terrence Russell, Esq., and John R. Keller, Esq. are hereby substituted as counsel for Plaintiff in this action, and all further service and communications directed to Plaintiff shall be directed to them.

3. Ward, Damon, Posner, Pheterson and Bleau LLP. and Ryan S. Copple, Jeffrey Pheterson, Esq. and Denise J. Bleau, Esq. are hereby relieved of further responsibility in this action.

4. The Style of this action shall henceforth be:

LNV CORP., Plaintiff vs. BRISTOL HOME MORTGAGE LENDING, LLC, a Florida Limited Liability Company, and HARVEY KOPELOWITZ, Defendants; BRISTOL HOME MORTGAGE LENDING, LLC, a Florida Limited Liability Company, and HARVEY KOPELOWITZ, Counter-Plaintiffs, vs. LNV Corporation, Counter-Defendant

Done and Ordered in Chambers in Fort Lauderdale, Florida, on _____

_____
James I Cohn
District Court Judge

cc. counsel of record.

**Exhibit A**

RM:6580236:1