IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81536-CIV-COHN-SELTZER

FDIC as Receiver for Ameribank, Inc.,

    Plaintiff,

v.

BRISTOL HOME MORTGAGE LENDING,
LLC., a Florida Limited Liability Company,
And HARVEY KOPELOWITZ,

    Defendants,

_____

## LNV CORPORATION'S MOTION FOR CONTINUANCE OF TRIAL AND AMENDMENTS TO THE SCHEDULING ORDER

LNV Corporation ("LNV"), as purchaser of FDIC's interest in the subject of this action, whose motion for substitution of party plaintiff and counsel [DE-51] is pending, hereby moves for continuance of the trial date and amendments to the Scheduling Order [DE-20], and in support thereof, states as follows.

1.    Plaintiff FDIC has conveyed and assigned to LNV its interest in that certain promissory note and related loan documents which are the subject of Plaintiff's claims in this action, and therefore Plaintiff is now the real in the Complaint, LNV is the now the real party in interest.

2.    Accordingly, although its motion for substitution as Plaintiff remains pending, LNV submits that its interest in this action is sufficiently immediate, concrete and cogent, to advance grounds for continuance of the action and rescheduling of the dates in the Scheduling Order.

RM:6598157:2

1
RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.

3. LNV's and, its counsel's, participation in the subject of this action is very recent. They have not yet had sufficient time to familiarize themselves with the legal positions of the parties that are appropriate to the parties in this action, nor with the factual and documentary basis for the claims and defenses.

4. In particular, LNV and its counsel have had insufficient time to identify and assess the documentation, and persons with knowledge, concerning the loan at issue; including in particular time and opportunity to adequately and reliably identify documents, and the need for documents, relevant to this matter – whether among documents that are now, or may imminently be, in its possession and control – or that may be sought from others, including but not limited to FDIC, Ameribank, Defendants or others.

5. LNV notes that the docket shows that Defendant's motion to amend its affirmative defenses [DE-44], remains pending; and, significantly, is informed that Defendants intend to file an amended counterclaim, which would entail LNV's obligation and right to respond, whether by motion, or by pleading, or both.

6. LNV respectfully requests that the trial date in this action be rescheduled from its current date of September 29 to a date four months later, in January, 2010, with corresponding amendments to the Scheduling Order. The most significant time constraint appears to arise from Defendants' intention to imminently move to file an amended counterclaim. The existing Scheduling Order [DE-20] provides for amendment of pleadings by April 3, *i.e.*, 180 days before the trial date; the amended trial date should accordingly allow for a similar 180 time frame, which would extend to January 29, 2010. Although discovery and other considerations may be appropriately accomplished in less time, a January trial date would be prudent, in any event, to avoid the typical scheduling difficulties of December.

7.      Having only recently appeared in the action, LNV has not yet been able to conduct any discovery in this case, and requests a continuance of the trial setting so that it may have adequate time and opportunity to prepare for trial, without which LNV would be likely to incur actual and substantial prejudice.  This request will not prejudice Defendants, who also moved for continuance, as noted above.

8.      Attached hereto and incorporated herein as Exhibit "A" is the declaration of Robert A. Ackermann, Senior Vice President and Deputy General Counsel of MGC Mortgage, Inc., loan servicer for LNV, setting forth a showing of good cause for the relief requested herein.

13.     A proposed order is attached hereto as Exhibit "B".

WHEREFORE, LNV respectfully requests entry of an order of continuance of this action, to extend the trial date four months, until in or about January 28, 2010, and to amend the Scheduling Order to conform therewith.

### Certificate in Compliance with S.D.Fla.L.R. 7.1(A)(3)

Pursuant to S.D.Fla.L.R. 7.1(A)(3), I hereby certify that counsel LNV has conferred by e-mail and telephone conference with counsel for Defendants and with counsel for FDIC, and they do not oppose this motion.

Respectfully Submitted,

s/ John R. Keller_____
Terrence Russell, Esq.,
(Florida Bar No. 165334)
Terrence.russell@ruden.com
John R. Keller, Esq.
(Florida Bar No. 796890)
john.keller@ruden.com
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
200 East Broward Boulevard
Suite 1500
Post Office Box 1900

RM:6598157:2

>Fort Lauderdale, Florida 33302
>(954) 527-2466; (954) 527-2480
>Fax: (954) 333-4066; (954) 333-4080
>Attorneys for Plaintiff LNV

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the ___ day of July, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive.

>s/ John R. Keller_____

RM:6598157:2

## SERVICE LIST

Brian R. Kopelowitz, Esq.
Jonathan Streisfeld, Esq.
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, FL 33301
Phone: 954-525-4100
Fax: 954-525-4300
Email: kopelowitz@tkolaw.com
Email: streisfeld@tkolaw.com
Attorneys for Defendants

Ryan S. Copple, Esq.
Ward, Damon, Posner,
Pheterson, & Bleau, PL
Attorney for Plaintiff
4420 Beacon Circle, Suite 100
West Palm Beach, FL 33407
Tel: 561-842-3000
Fax: 561-842-3626
Email: rcopple@warddamon.com
Counsel for FDIC as Receiver of Ameribank, Inc.